**Order entered July 19, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00153-CR

### JOSHUA CORNELL SKINNER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-20176-Q**

## ORDER

Before the Court is appellant's July 18, 2017 motion for extension of time to file his brief. We **DENY** his motion as moot.

/s/    ADA BROWN
        JUSTICE